A CERTIFIED TRUE COPY

JUL 1 1 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 2:05-cv-01053-LKK-KJM   Document 9   Filed 08/03/05   Page 1 of 1

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

05 CV 6668   JUN 23 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1348

2:05 cv 1053 LKK KJM

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE REZULIN PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

FLD
SDNY
7/25/05

CONDITIONAL TRANSFER ORDER (CTO-80)

On June 9, 2000, the Panel transferred 19 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 1,808 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Lewis A. Kaplan.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Kaplan.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of June 9, 2000, and, with the consent of that court, assigned to the Honorable Lewis A. Kaplan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FILED
AUG - 3 2005

FOR THE PANEL:

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY

Michael J. Beck
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
DEPUTY CLERK

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 1 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION